JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ZURI A'GIZA, aka SHERMAN MORRIS,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendants. | Case No.   CV 10-2602-CBM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that this action be dismissed with prejudice.

Dated: _____10/1/10_____

_____
Consuelo B. Marshall
United States District Judge